IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                    *

GEORGE ANDREW GREEN, JR.                  *          CASE NO. 08-2-0581 DK

VERONICA KATHRYN TAYLOR-GREEN     *          Chapter 13

        DEBTOR(S)                         *

                  *        *        *        *        *        *        *

SUGGESTION OF DEATH OF THE DEBTOR

To the Clerk of the Court:

        Please be advised that the debtor, George Andrew Green, Jr., passed away on June 5, 2009.  A copy of the death certificate is attached to this Suggestion.

DATED:  July 13, 2009                        __/S/  Ellen W Cosby_____
                                              Ellen W Cosby
                                              Chapter 13 Trustee
                                              P O Box 20016
                                              Baltimore, MD 21284-0016
                                              410-825-5923
                                              Inquiries@ch13balt.com

CERTIFICATE OF SERVICE

        I certify that a copy of the foregoing Motion was mailed by first-class mail on July 13, 2009  to:

        Veronica Kathryn Taylor-Green
        507 E. 30th Street
        Baltimore, MD 21218

        Robert Grossbart, Esquire
        One N. Charles St, Suite 1214
        Baltimore, MD 21201

                                              __/S/    Ellen W Cosby_____
                                              Ellen W Cosby