Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   08−20581 DK     Chapter:  13

George Andrew Green Jr.                     Veronica Kathryn Taylor−Green
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/20/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/20/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, J Gladysiewski 410−962−4243